IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| QUADRAY HOBBS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOLKSTON POLICE DEPARTMENT;<br>CHARLTON COUNTY SHERIFF'S OFFICE;<br>and WAYCROSS JUDICIAL CIRCUIT<br>DISTRICT ATTORNEY'S OFFICE,<br><br>　　　　　Defendants. | CIVIL ACTION NO.: 5:22-cv-75 |

**O R D E R**

Plaintiff, seeking to proceed *in forma pauperis*, brought this 42 U.S.C. § 1983 action. Doc. 1. By Order dated February 23, 2023, the Court granted Plaintiff's motions for leave to proceed *in forma pauperis* and advised Plaintiff he was to return the attached financial forms within 30 days of that Order. Doc. 15. The Court has not received an executed consent form, and Plaintiff contends he has experienced difficulties obtaining a completed Trust Account form from staff. Doc. 16. Because Plaintiff has attempted to comply with the Court's Order, the Court will provide Plaintiff with another opportunity to comply with its Order in this case.

The Court once again **ORDERS** Plaintiff to return an executed consent form and an executed prison trust account statement form **on or before April 24, 2023**. The Court has attached copies of these forms in blank to assist Plaintiff's efforts. Plaintiff is advised his failure to follow this Court's Orders will result in the dismissal of his Complaint. In addition, Plaintiff is reminded of his obligation to notify the Court of any change in address, in writing. Plaintiff's

failure to do so will also result in the dismissal of his Complaint.

**SO ORDERED**, this 3rd day of April, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| QUADRAY HOBBS,<br><br>    Plaintiff,<br><br>    v.<br><br>FOLKSTON POLICE DEPARTMENT;<br>CHARLTON COUNTY SHERIFF'S OFFICE;<br>and WAYCROSS JUDICIAL CIRCUIT<br>DISTRICT ATTORNEY'S OFFICE,<br><br>    Defendants. | CIVIL ACTION NO.: 5:22-cv-75 |

**PRISONER TRUST FUND ACCOUNT STATEMENT**

    Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

    Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT**:      <u>December 5, 2022</u>

**AVERAGE MONTHLY DEPOSITS** during the
six months prior to filing of the complaint:      _____

**AVERAGE MONTHLY BALANCE** during the
six months prior to filing of the complaint:      _____

    I certify the above information accurately states the deposits and balances in the Plaintiff's trust account for the period shown and the attached ledger sheets are true copies of the account records maintained by this institution.

_____      _____
Signature of Authorized Officer of Institution      Date

_____
Print or Type Name

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| QUADRAY HOBBS,<br><br>    Plaintiff,<br><br>v.<br><br>FOLKSTON POLICE DEPARTMENT;<br>CHARLTON COUNTY SHERIFF'S OFFICE;<br>and WAYCROSS JUDICIAL CIRCUIT<br>DISTRICT ATTORNEY'S OFFICE,<br><br>    Defendants. | CIVIL ACTION NO.: 5:22-cv-75 |

## PRISONER TRUST FUND ACCOUNT STATEMENT

    Under the Prison Litigation Reform Act, a prisoner seeking to bring a civil action without prepayment of fees must obtain from the appropriate prison official a certified copy of the prisoner's trust account statement for the six-month period immediately preceding the filing of the complaint. Plaintiff in this case has been instructed by the Court to furnish this form to the trust officer of each institution where he has been confined for the last six months.

    Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court.

**DATE OF FILING COMPLAINT**:                                         December 5, 2022

**AVERAGE MONTHLY DEPOSITS** during the
six months prior to filing of the complaint:              _____

**AVERAGE MONTHLY BALANCE** during the
six months prior to filing of the complaint:              _____

    I certify the above information accurately states the deposits and balances in the Plaintiff's trust account for the period shown and the attached ledger sheets are true copies of the account records maintained by this institution.

_____        _____
Signature of Authorized Officer of Institution                 Date

_____
Print or Type Name

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| QUADRAY HOBBS,<br><br>   Plaintiff,<br><br> v.<br><br>FOLKSTON POLICE DEPARTMENT;<br>CHARLTON COUNTY SHERIFF'S OFFICE;<br>and WAYCROSS JUDICIAL CIRCUIT<br>DISTRICT ATTORNEY'S OFFICE,<br><br>   Defendants. | CIVIL ACTION NO.: 5:22-cv-75 |

**CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT**

  As a condition to proceeding with this lawsuit, I hereby consent for the appropriate prison officials to withhold from my prison account and pay to the Court an initial partial filing fee equal to 20 percent of the greater of:

  (a) the average monthly deposits to my account, or

  (b) the average monthly balance in my account

for the six-month period immediately preceding the filing of my complaint. I understand I may not withdraw any monies from my account until this initial payment has been paid.

  After the payment of any initial partial filing fee, I further consent for the appropriate prison officials to collect from my account on a continuing basis each month an amount equal to 20 percent of all deposits credited to my account during the preceding month. Each time the set aside amount reaches $10.00, the trust officer shall forward the payment to the Clerk's Office, United States District Court, until such time as the $350.00 filing fee is paid in full. In the event that I file a Notice of Appeal, I also give my consent for the appropriate prison officials to similarly collect from my account the applicable appellate court filing fee.

  By executing this document, I also authorize collection on a continuing basis of any additional costs which may be imposed by the Court.

Date: _____ Plaintiff's Signature: _____

               Plaintiff's Prison No.: _____